IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN STEARNS**                                                              **PLAINTIFF**

V.                                **CASE NO. 5:23-CV-5061**

**SHERIFF JAY CANTRELL,**
Washington County, Arkansas;
**ZACHARY CAUSEY,** Karas Medical Staff;
**MICHAEL MOORE,** Karas Medical Staff;
and **KARAS HEALTH CARE COMPANY, LLC**          **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 17) filed in this case on September 8, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 27th day of September, 2023.

                                       */s/ Timothy L. Brooks*
                                       TIMOTHY L. BROOKS
                                       UNITED STATES DISTRICT JUDGE